IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JUN 2 5 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JOHN J. D'ZURILLA

Case No. 2:24mj115
Corrected Court Date: July 17, 2024

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) - Violation No. E2102406

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2024, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOHN J. D'ZURILLA, did knowingly and willfully engage in conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415).

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2024, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOHN J. D'ZURILLA, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government, MA2 K.C. and MA2 H.H., engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111 (a) (1)).

## COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2024, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOHN J. D'ZURILLA, was intoxicated in public.

(In violation of Title 18, United States code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-388.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Alan.Sides@usdoj.gov

_26 JUNE 2024_____
Date